IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-10-00272-CV

 

Stacy Ross,

                                                                                    Appellant

 v.

 

Cynthia and Vincent Hendrix,

                                                                                    Appellee

 

 

 



From the 19th District
Court

McLennan County, Texas

Trial Court No. 2010-728-1

 



ABATEMENT ORDER



 








Stacy Marie Ross
filed a motion to abate the appeal while the parties pursue mediation.  Ross
states that mediation will occur on April 4, 2011.  We grant the motion and
abate the appeal for 30 days from the date of this order.

 

                                                                                                PER
CURIAM

Before Chief
Justice Gray,

            Justice
Davis, and

            Justice
Scoggins

Motion granted;
Appeal abated

Order issued
and filed April 6, 2011